IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRY LUCILLE BIGGERS** | : | CIVIL ACTION |
| v. | : | NO. 97-4309 |
| **BAXTER HEALTHCARE CORP., et al.** | : | |

## ORDER

**AND NOW,** this 18th day of April, 2005, counsel for the parties having reported that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice and without costs.

BY THE COURT:


S/Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.